| | |
|---|---|
| Timothy W. Miller, Bar No. 5-2704 | Thomas W. Rumpke, Bar No. 6-2974 |
| Senior Assistant Attorney General | Williams, Porter, Day & Neville, P.C. |
| Wyoming Attorney General's Office | 702 Randall Ave. |
| 109 State Capitol | P.O. Box 748 |
| Cheyenne, Wyoming 82002 | Cheyenne, WY 82003 |
| (307) 777-5820 | (307) 637-5575 |
| (307) 777-8920 Facsimile | trumpke@wpdn.net |
| tim.miller@wyo.gov | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| JOSHUA BEACHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 22-CV-222-ABJ |
| SCOTT A. STEWARD et al., | ) ) ) |
| Defendants. | ) ) |

**JOINT EXPERT DESIGNATION OF
INDIVIDUAL AND OFFICIAL CAPACITY DEFENDANTS**

Defendants Scott Steward and Joe Torczon, in both their official and individual capacities, designate the following expert witness who may be called to testify at trial:

Sean T. Stewart, CJE, NCCE
Stewart Criminal Justice Consulting & Training, LLC.
3564 South Avenida
DeLas Palmas Tucson, AZ 8573
(520) 940-4632

Sean T. Stewart is expected to testify in accordance with his report attached hereto as Exhibit "A". Sean T. Stewart's curriculum vitae, publication list, testimony list and fee schedule are attached as Exhibit "B".

## GENERAL PROVISIONS

1. All opinions of the expert witness designated herein will be given to the requisite degree of probability pursuant to the applicable law in the witness's field of expertise.

2. This designation is intended to supplement any and all interrogatories and requests for production of documents propounded by plaintiffs, as well as any deposition of a particular witness.

3. The expert listed herein may criticize, comment upon, and/or rebut the deposition testimony, trial testimony, and/or data/reports, written materials and/or any raw data or testing materials produced and/or compiled in this case by the experts or other witnesses designated or called by plaintiff.

4. Defendants retain and reserve the right to call and designate any expert designated by any party in this case, whether retained or withdrawn as an expert.

5. Defendants retain and reserve the right to supplement this designation of expert witness pending ongoing discovery, or review of additional discovery not yet obtained or which will be provided later in this case.

6. Defendants retain and reserve the right to call rebuttal and impeachment experts, even if not currently designated.

DATED this 25th day of August, 2023.

                                                */s/Timothy W. Milller*
Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5820
(307) 777-8920 Facsimile
tim.miller@wyo.gov

Attorney for Individual Defendants

*/s/Thomas W. Rumpke*
Thomas W. Rumpke, Bar No. 6-2974
Ryan J. Schwartz, Bar No. 6-3611
Williams, Porter, Day & Neville, P.C.
702 Randall Ave.
PO Box 748
Cheyenne, WY 82003
(307) 637-5575
trumpke@wpdn.net

Attorney for Official Capacity Defendants

## CERTIFICATE OF SERVICE

  I do hereby certify that on this 25th day of August, 2023, a true and correct copy of the foregoing **Joint Expert Designation of Individual and Official Capacity Defendants** was served as indicated below:

| | |
|---|---|
| Philip Abromats<br>Philip E. Abromats, PC<br>505 Greybull Avenue<br>P.O. Box 831<br>Greybull, Wyoming 82426<br>pabromats@outlook.com | [✓] CM/ECF |
| Letitia C. Abromats<br>Letitia C. Abromats, PC<br>505 Greybull Avenue<br>P.O. Box 831<br>Greybull, Wyoming 82426<br>labromats@abromatslaw.com | [✓] CM/ECF |

Attorneys for Plaintiff

| | |
|---|---|
| Stephenson D. Emery<br>Williams, Porter, Day, and Neville, P.C.<br>159 N. Wolcott, Suite 400<br>Casper, WY   82601<br>semery@wpdn.net | [✓] CM/ECF |

Attorney for Wellpath, LLC, Ashli Carrafa, LPN, and Nancy Wolf, NP

               */s/Gabby Sherman*
               Gabby Sherman, Paralegal
               Office of the Wyoming Attorney General