Thomas W. Rumpke, Bar No. 6-2974
Williams, Porter, Day & Neville, P.C.
702 Randall Avenue
Mailing: P.O. Box 748
Cheyenne, Wyoming 82003
trumpke@wpdn.net
*Attorney for Sheriff Darrel Steward and
Lieutenant Joseph Torczon in their
official capacities*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **JOSHUA BEACHAM,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **SCOTT A. STEWARD,** in his official and individual capacities | ) ) ) |
| | ) |
| **JOSEPH D. TORCZON,** in his official and individual capacities | ) ) ) |
| | ) |
| **NANCY WOLF,** in her individual capacity, | ) ) ) **Civil Action No. 22-CV-222** |
| | ) |
| **ASHLI CARRAFA, LPN,** in her individual capacity, | ) ) ) |
| | ) |
| **DETENTION OFFICER NYREEN,** in his individual capacity, | ) ) ) |
| | ) |
| **WELLPATH, LLC,** f/k/a Correct Care Solutions, LLC, in its official and individual capacities, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION PURSUANT TO FED. R. CIV. P. 41 FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS DARRELL STEWARD AND JOSEPH TORCZON IN THEIR OFFICIAL CAPACITIES**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and settlement between the Parties, Plaintiff, Joshua Beacham and Defendants Darrell Steward and Joseph Torczon, in their official capacities (jointly, the "Parties") jointly file this Stipulation of Voluntary Dismissal with Prejudice and stipulate that claims against Defendants Steward and Torczon in their official capacities are dismissed with prejudice with each Party bears its own attorneys' fees, costs, and expenses.  All other claims against all other defendants remain before the Court.

**DATED** this 10th day of October, 2023.

| | |
|---|---|
| */s/ Letitia C. Abromats* <br> Letitia C. Abromats, Bar No. 7-5262 <br> Letitia C. Abromats, P.C. <br><br> */s/ Phillip E. Abromats* <br> Phillip E. Abromats, Bar No. 6-4035 <br> Phillip E. Abromats, P.C. <br> P.O. Box 831 <br> Greybull, WY 82426 <br> labromats@outlook.com <br> pabromats@outlook.com <br> *Attorneys for the Plaintiff, Joshua Beacham* | */s/ Thomas W. Rumpke* <br> Thomas W. Rumpke, Bar No. 6-2974 <br> Williams, Porter, Day, & Neville, P.C. <br> P.O. Box 748 <br> Cheyenne, Wyoming 82003 <br> trumpke@wpdn.net <br> *Attorney for Defendants Darrell Steward and Joseph D. Torczon in their official capacities* |
| */s/ Timothy W. Miller* <br> Timothy W. Miller, Bar No. 5-2704 <br> Senior Assistant Attorney General <br> Prentice Olive <br> Assistant Attorney General <br> Wyoming Attorney General's Office <br> 109 State Capitol <br> Cheyenne, Wyoming 82002 <br> Tim.miller@wyo.gov <br> Prentice.olive@wyoming.gov <br><br> *Attorneys for the Defendant Scott A. Steward, Darrell Steward, Joseph D. Torczon, and Dave Nyreen in their individual capacities* | */s/ Stephenson D. Emery* <br> Stephenson D. Emery, Bar No. 5-2321 <br> WILLIAMS, PORTER, DAY & NEVILLE, PC (CASPER OFFICE) <br> P.O. Box 10700 <br> Casper, WY 82602 <br> Phone: (307) 265-0700 <br> Fax: (307) 266-2306 <br> semery@wpdn.net <br><br> *Attorney for Wellpath, LLC, in its official and individual capacities; Ashli Carrafa, LPN, and Nancy Wolf, N.P. in their individual capacities* |