Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Prentice B. Olive, Bar No. 8-6691
Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5820
(307) 777-3608
(307) 777-8920 Facsimile
tim.miller@wyo.gov
prentice.olive@wyo.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| JOSHUA BEACHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT A. STEWARD, in his official and )<br>individual capacities, et al. )<br>)<br>Defendants. ) | Case No. 22-CV-00222 |

**STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS STEWARD AND TORCZON, IN THEIR INDIVIUDAL CAPACITIES**

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the parties hereby stipulate that plaintiff voluntarily dismisses defendants Scott A. Steward and Lt. Joe Torczon, in their individual capacities, each party to bear his own attorneys' fees and costs.

DATED this 1st day of November, 2023.

/s/Philip E. Abromats
Philip Abromats, Bar No. 6-4035
505 Greybull Avenue
PO Box 831
Greybull, WY 82426
pabromats@outlook.com

*/s/Leticia C. Abromats*
Leticial C. Abromats, Bar No. 7-5262
505 Greybull Avenue
PO Box 831
Greybull, WY 82426
pabromats@outlook.com

Attorneys for Plaintiff


*/s/Timothy W. Miller*
Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Prentice B. Olive, Bar No. 7-
Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5820
(307) 777-3608
(307) 777-8920 Facsimile
tim.miller@wyo.gov

Attorney for Individual Defendants Scott A. Steward, Joseph D. Torczon and Dave Nyreen


*/s/Stephenson D. Emery*
Stephenson D. Emery, Bar No. 5-2321
WILLIAMS, PORTER, DAY & NEVILLE, PC
PO Box 10700
Casper, Wyoming 826002
(307) 265-0700
(307) 266-2306 Facsimile
semery@wpdn.net

Attorney for Wellpath, LLC, in its official and individual capacities; Ashli Carrafa, LPN and Nancy Wolf, N.P. in their individual capacities

2

## CERTIFICATE OF SERVICE

I do hereby certify that on the 1st day of November, 2023, a true and correct copy of the foregoing **Stipulation to Voluntary Dismissal with Prejudice of Defendants Steward and Torczon, in Their Individual Capacities** was served as indicated below:

Philip Abromats #6-4035  
Philip E. Abromats, PC  
505 Greybull Avenue  
P.O. Box 831  
Greybull, Wyoming 82426  
307-765-4518  
pabromats@outlook.com

[✓] CM/ECF

Letitia C. Abromats #7-5262  
Letitia C. Abromats, PC  
505 Greybull Avenue  
P.O. Box 831  
Greybull, Wyoming 82426  
307-765-4518  
labromats@abromatslaw.com

[✓] CM/ECF

Stephenson D. Emery  
Williams, Porter, Day, and Neville, P.C.  
159 N. Wolcott, Suite 400  
Casper, WY  82601  
semery@wpdn.net

[✓] CM/ECF

*/s/Gabby Sherman*  
Gabby Sherman, Paralegal  
Office of the Wyoming Attorney General