Philip Abromats, Bar No. 6-4035
Letitia C. Abromats, Bar No. 7-5262
Abromats Law Office
P.O. Box 831
Greybull, WY 82426
(307) 765-4518
pabromats@outlook.com
labromats@abromatslaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JOSHUA BEACHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 22-CV-00222 |
| SCOTT A. STEWARD, in his official and individual capacities, et al. | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE OF THE WELLPATH DEFENDANTS, IN ALL THEIR CAPACITIES

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the parties hereby stipulate that plaintiff voluntarily dismisses defendants Nancy Wolf, Ashli Carrafa, and Wellpath, LLC (collectively the "Wellpath Defendants"), in their individual capacities, and Wellpath, LLC, in its official capacity, all with prejudice, each party to bear his own attorneys' fees and costs. This concludes the litigation and the case should be marked as closed.

DATED this  8th  day of December, 2023.

_____
Philip Abromats, Bar No. 6-4035
505 Greybull Avenue
PO Box 831
Greybull, WY 82426
pabromats@outlook.com

*[signature: Letitia C Abromats]*
Letitia C. Abromats, Bar No. 7-5262
505 Greybull Avenue
PO Box 831
Greybull, WY 82426
pabromats@outlook.com

Attorneys for Plaintiff

---

Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Prentice B. Olive, Bar No. 7-
Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5820
(307) 777-3608
(307) 777-8920 Facsimile
tim.miller@wyo.gov

Attorneys for David Nyreen, in his individual capacity

*[signature: Emery]*
Stephenson D. Emery, Bar No. 5-2321
WILLIAMS, PORTER, DAY & NEVILLE, PC
PO Box 10700
Casper, Wyoming 826002
(307) 265-0700
(307) 266-2306 Facsimile
semery@wpdn.net

Attorney for Wellpath, LLC, in its official and individual capacities; Ashli Carrafa, LPN and Nancy Wolf, N.P. in their individual capacities

<pre>
Letitia C. Abromats, Bar No. 7-5262
505 Greybull Avenue
PO Box 831
Greybull, WY 82426
pabromats@outlook.com
</pre>

Attorneys for Plaintiff

<pre>
Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Prentice B. Olive, Bar No. 7-
Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5820
(307) 777-3608
(307) 777-8920 Facsimile
tim.miller@wyo.gov
</pre>

Attorneys for David Nyreen, in his individual capacity

<pre>
Stephenson D. Emery, Bar No. 5-2321
WILLIAMS, PORTER, DAY & NEVILLE, PC
PO Box 10700
Casper, Wyoming 826002
(307) 265-0700
(307) 266-2306 Facsimile
semery@wpdn.net
</pre>

Attorney for Wellpath, LLC, in its official and individual capacities; Ashli Carrafa, LPN and Nancy Wolf, N.P. in their individual capacities

2

## CERTIFICATE OF SERVICE

I do hereby certify that on the 8th day of December, 2023, a true and correct copy of the foregoing **Stipulation to Voluntary Dismissal with Prejudice of the Wellpath Defendants,** was served as indicated below:

Timothy Miller  [✓] CM/ECF
Prentice Olive
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
tim.miller@wyo.gov,
prentice.olive@wyo.gov

Stephenson D. Emery  [✓] CM/ECF
Williams, Porter, Day, and Neville, P.C.
159 N. Wolcott, Suite 400
Casper, WY 82601
semery@wpdn.net

_____
Philip Abromats

3